**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRCIT OF MISSISSIPPI

**IN RE: RACHEL M. MCMILLIAN**                                    **CASE NO: 23-13377-SDM**
                    **DEBTOR**                                                                  **CHAPTER 13**

## ORDER EXTENDING AUTOMATIC STAY (Dkt#6)

ON THIS DATE the Court considered the Motion for Extension of Automatic Stay (The "Motion") and Declaration in support thereof filed by the Debtor and its "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice"). The Hearing Notice included an objection deadline, and provided that, if no objections to the Motion were timely filed by the stated deadline, then the Motion could be granted unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Motion filed by the Debtor is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B). SO ORDERED.

## ## END OF ORDER ##

MITCHELL & CUNNINGHAM, PC
112 N. BROADWAY STREET
P.O. BOX 7177
TUPELO, MS 38802
(662) 407-0408
(662) 407-0782 Fax
kimbowling@mitchellcunningham.com