SO ORDERED,



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO:

RACHEL M. MCMILLAN                                   23-13377-SDM

### AGREED ORDER

THIS CAUSE came on for consideration on the Trustee's Objection to Confirmation, and, pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Trustee's Objection (DKT. 20) is sustained.

THAT, on or before February 5, 2024, the Debtor shall file an amended Schedule I/J as well as an amended plan, if necessary, to address the deficiencies set forth in the Trustee's Objection; failure to do so shall result in the automatic dismissal of this case without further notice or hearing.

THAT, the Debtor shall remit to the Trustee on or before February 5, 2024, the sum of $2,067.00, representing the payment due for January 2024; failure to remit same on or before the aforesaid date shall result in the automatic dismissal of this case without further notice or hearing.

THAT, commencing with February 1, 2024, should the Debtor fail to remit the entire plan payment due for any consecutive two-month period, and/or should the Debtor become more than 60 days delinquent in plan payments to the Trustee, this case shall be dismissed without further notice or hearing.

###END OF ORDER###

APPROVED:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326, BRANDON MS 39043
601-825-7663;
attorney.tyree@ch13mstrustee.com

DEBTOR'S ATTORNEY
Kimberly Brown Bowling
Mitchell & Cunningham
PO Box 7177, Tupelo, MS 38802-7177
MSB#99906; 662-407-0408
kimbowling@mitchellcunningham.com