# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**RE: RACHEL M. McMILLIAN**             **CASE NO: 23-13377-SDM**
    **DEBTOR**                                                                             **CHAPTER 13**

## ORDER APPROVING MOTION FOR MODIFICATION OF PLAN (Dkt#39)

A motion and notice of modification of plan having been filed in the above styled and numbered Chapter 13 bankruptcy proceeding dated June 24, 2024, and no written objections having been filed within thirty (30) days, it is therefore,

**ORDERED AND ADJUDGED** that the motion for modification of plan in the above styled and numbered Chapter 13 bankruptcy proceeding is granted. The debtor's plan shall be modified to pay the priority amount of $2,352.00 (claim #9) owed to the Mississippi Department of Revenue. The Chapter 13 Trustee shall amend the wage order accordingly.

### ###END OF ORDER###

Submitted by:
Kimberly B. Bowling, #99906
MITCHELL & CUNNINGHAM, PC
112 North Broadway
Post Office Box 7177
Tupelo, MS  38802-7177
(662) 407-0408
tupelo@mcbfreshstart.com